No. 98-8251.  VERMILLION v. HARRIS, SHERIFF, VIGO COUNTY, INDIANA.  Ct. App. Ind.  Certiorari denied.

No. 98-8253.  HICKS v. WORKERS' COMPENSATION APPEALS BOARD ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98-8255.  LACEY v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98-8256.  LEWIS v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98-8258.  MONTANO-FIGUEROA v. CRABTREE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98-8260.  CLINGER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98-8263.  CONDRON v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98-8270.  ROSENDAHL v. CARNAHAN, GOVERNOR OF MISSOURI, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98-8273.  WRIGHT v. PRUNTY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98-8275.  TUNSTALL v. FREEMAN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98-8277.  MORALES v. DUBOIS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 98-8284.  COVEY v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98-8292.  SPIVEY v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 98-8306.  McLAURIN v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 98-8319.  CAVALIERI-CONWAY v. CALIFORNIA BOARD OF EQUALIZATION ET AL.  C. A. 7th Cir.  Certiorari denied.